UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-cr-72 |
| v. ) | |
| ) | JUDGE COLLIER |
| ABDUL FREEMAN ) | MAGISTRATE JUDGE LEE |
| ) | |

**O R D E R**

    Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the two-count Indictment (2) accept Defendant's plea of guilty to the charge in Count One, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack") in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A); (3) adjudicate Defendant guilty of the charge in Count One, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack") in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A); (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 26]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 26] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the charge in Count One, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack") in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charge in Count One, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack") in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A);

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **October 22, 2009 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

                                      **/s/**
                                      **CURTIS L. COLLIER**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**